

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Joelle A. Milov**
Attorney
(212) 790-9247
jam@cll.com

August 16, 2021

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Defendant's request is granted. Defendant shall answer, or otherwise respond to, the Complaint by September 20, 2021.

SO ORDERED.
Date: August 18, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   *Diatek Licensing LLC v. MLB Advanced Media, L.P.*, 1:21-cv-06458 (JPC)

Dear Judge Cronan:

      We represent Defendant MLB Advanced Media, L.P. ("Defendant" or "MLBAM") in the above-referenced litigation.  We are writing pursuant to Rule 3.B of Your Honor's rules to request a thirty-day extension of Defendant's time to answer or move with respect to the complaint in this action.  The original response date was August 20, 2021.  Thirty days from August 20, 2021 is Sunday, September 19, 2021.  Therefore, MLBAM respectfully requests a new response date of September 20, 2021.  The extension is requested to allow counsel time to investigate the claims made within the filed complaint.  There have been no previous requests for extensions.  Plaintiff's counsel does not oppose the requested thirty-day extension.

      Respectfully,

Joelle A. Milov

cc:  All Counsel of Record (via ECF)