

**Kent & Risley LLC**
5755 N Point Parkway Ste 57
Alpharetta, GA  30022
www.KentRisley.com

**Cortney S. Alexander**
*Partner*
(404) 855-3867
cortneyalexander@kentrisley.com

October 20, 2021

<u>BY ECF and EMAIL</u>

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Diatek Licensing LLC v. MLB Advanced Media, L.P.,* 1:21-cv-06458-JPC

Dear Judge Cronan:

    The parties submit the following joint letter in response to the Notice of Assignment. The parties have executed a written agreement to resolve the matter and will be filing a stipulation to dismiss in the very near future.

| | |
|---|---|
| <u>s/ Joelle A. Milov</u> | <u>/s/ Cortney S. Alexander</u> |
| Joelle A. Milov | Cortney S. Alexander |
| Cowan, Liebowitz & Latman, P.C. | (admitted pro hac vice) |
| 114 West 47th Street | Kent & Risley LLC |
| New York, NY 10036-1525 | 5755 N Point Pkwy, Ste 57 |
| Phone: (212) 790-9247 | Alpharetta, GA 30022 |
| Email: <u>JAM@cll.com</u> | Phone: 404.855.3867 |
| | Email: <u>cortneyalexander@kentrisley.com</u> |
| Attorney for Defendant | Attorney for Plaintiff |